# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

V.

RICARDO FABELA,

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05-MJ- 325

FILED (JGS)
U.S. District Court Clerk
Ronald C. Weston, Sr.
APR 19 2005
By ___
Western Michigan

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 4, 2005__ in __Kent__ County, in the Western District of Michigan, Southern Division defendant(s) did, (Track Statutory Language Offense)

flee with intent to avoid prosecution for a felony under the laws of the state of Michigan

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Deputy, USMS__ and that this complaint is based on the following
                                       Official Title
facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  _X_ Yes  ___ No

_____
Signature of Complainant   DANIEL L. LUBBERS

Sworn to before me and subscribed in my presence,

__April 19, 2005__                                at       __Grand Rapids, Michigan__
Date and Time Issued

__Honorable JOSEPH G. SCOVILLE__                        _____
Magistrate Judge                                         Signature of Judicial Officer
Name & Title of Judicial Officer

**AFFIDAVIT**

Your Affiant, Daniel L. Lubbers, being first duly sworn and under oath, hereby states as follows:

1. I am employed as a Detective with the Grand Rapids Police Department, Special Deputy United States Marshal, and a member of the Grand Rapids Violent Crime Fugitive Task Force. The following information is based upon my review of the file and information received from the Grand Rapids Police Department, the Kent County Prosecutor's Office, and from my own investigation.

2. On 02/13/05, the Grand Rapids Police Department took a report of a shooting that occurred at 1704 Buchanan Ave SE in the city of Grand Rapids, Michigan.

3. The investigation of that complaint identified Ricardo Fabela, aka Ricardo Favela, aka Richard Perez, as the suspect.

4. On 02-17-05, a warrant was issued by the 61st District Court in Kent County, Michigan charging Ricardo Fabela with Open Murder (MCL 750.316) and Felony Firearm (MCL 750.227b), both felony offenses in the state of Michigan.

5. On 04-04-05, I interviewed Gabrela Munoz. She stated that Ricardo has a cousin, Julio Favela, who now lives in the state of Texas. She believes that Ricardo fled to Texas because Julio was his "best friend" and looked out for him here in Grand Rapids, Michigan.

6. On 04-14-05, we received a telephone call from Felipia Mendez, a friend of Ricardo's cousin, Celia Calderon. Mendez stated that Calderon told her Ricardo is staying in the state of Texas at his father's house.

7. On 04-15-05, the Kent County Prosecutor's Office requested the assistance of federal authorities in the apprehension of Ricardo Fabela. The Kent County Prosecutor's Office advised that they would extradite Fabela from anywhere in the continental United States subsequent to his arrest.

8. Local authorities in Michigan believe Fabela has fled the state of Michigan. Based upon my fugitive investigation conducted for Ricardo Fabela, I have reason to believe that he has fled the state of Michigan to avoid prosecution in violation of Title 18, U.S.C., Section 1073.

9. Further, your affiant sayeth not.

_____
Daniel L. Lubbers
Special Deputy United States Marshal


Subscribed and sworn to before
me this 19th day of April, 2005

_____
JOSEPH G. SCOVILLE
U.S. Magistrate Judge

2