UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:05–mj–00325–ESC

v.                                 Magistrate Judge Ellen S. Carmody

RICARDO FABELA,

       Defendant.
_____/

## NOTICE REGARDING REASSIGNMENT OF CASE

      NOTICE is hereby given that this case has been reassigned to Magistrate Judge Ellen S. Carmody for all further proceedings pursuant to Administrative Order number 15–CA–61. Magistrate Judge Hugh W. Brenneman, Jr is no longer assigned to the case.

                                              TRACEY CORDES
                                              CLERK OF COURT

Dated:  August 3, 2015        By:   /s/ Julie Lenon
                                              Deputy Clerk